# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2022-07586 |

__Illinois Department of Human Rights__ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Ms. Mercedes Thomas
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: (employment@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: REM, Inc.
**No. Employees, Members**: 15+
**Phone No.** (Include Area Code): 708-366-3022
**Street Address**: 7239 W. Roosevelt Road,
**City, State and ZIP Code**: Forest Park, IL 60130
**Email Address**: info@remlabor.com

**DISCRIMINATION BASED ON** (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify below)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: June, 2022
Latest: June, 2022
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Mercedes Thomas (female), was hired at REM, Inc., a staffing agency, in June 2022, until I was terminated on June 29, 2022 on the basis of my sex.

The following is a non-exhaustive list of the sex discrimination and retaliation I was subjected to:

During the course of my employment, I was assigned to various positions with the Employer. On or around June 29, 2022, I applied and was assigned to a shipping warehouse as a Delivery Truck Assistant. I was qualified for the position regardless of my sex.

Upon arriving to the site as instructed, I reported to the Employer's Hiring Manager, Pete (LNU). Pete immediately told me the following:

- "This job isn't for women…"
- "I don't want to waste your time or my time…."
- "This job requires you to lift up to 40 pounds…."
- "This job isn't for females."

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07 / 22 / 2022
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Doc ID: ecb486688f311320720133be7a55ff36f1f27857

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Illinois Department of Human Rights ___ and EEOC
*State or local Agency, if any*

I was distraught by Pete's discriminatory comments and told him that I have previous experience working with other delivery companies and had no issues lifting product. Pete ignored my pleads to stay on site, and sent me home and I was not allowed to return to the assignment. The Employer blantantly discriminated against me and subjected me to retaliation by terminating my employment on the basis of my sex, female. I have suffered from mental anguish, stress and humiliation because of the Employer's unlawful treatment.

Thus, I believe I have been discriminated against on the basis of my sex, female and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775 ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 07 / 22 / 2022<br>*Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: ecb486688f311320720133be7a55ff36f1f27857